IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:21-cr-00302 KGB |
| | ) | |
| ZACHARY BRADLEY | ) | |

**DEFENDANT'S SENTENCING MEMORANDUM
AND MOTION FOR DOWNWARD DEPARTURE**
Thursday, June 20, 2024, 2:30 pm

Defendant moves for a downward departure to 222 months, the low side of 37–I (210-262), and more than the mean for all sex offenses in 2020-23 and this is his rationale:

First, 18 U.S.C. § 3553(a) factors:

(a)  Factors To Be Considered in Imposing a Sentence.—The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider—
(1)  the nature and circumstances of the offense and the history and characteristics of the defendant;
(2)  the need for the sentence imposed—
(A)  to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
(B)  to afford adequate deterrence to criminal conduct;
(C)  to protect the public from further crimes of the defendant; and
(D)  to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;
...
(6)  the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct ....

The minimum is 15 years on most offenses (§ 2251(a)), 10 years on two (§ 1470, to life on § 1591(a)).

222 months is 18½ years. Defendant has been in federal custody since October 19, 2021. He has a few days of state custody in October 2021 before the case was indicted here.

1

Defendant submits that a sentence of 222 months still (2)(A) reflects the seriousness of the offense, (B) affords adequate deterrence, (C) protects the public from further crimes, (D) will provide for educational and other correctional needs for him, and (6) will avoid unwarranted sentencing disparities for similarly situated defendants.

As to the latter, *see* the U.S. Sentencing Commission chart for these offenses 2020-2023 in this district which follows on the last two pages.  210 months is the median sentence for all these offenders for last four years, so 222 is one year above that, 18½ years.

 The average is slightly higher because one in late 2021 received life in a civil rights rape case before Judge Marshall. *United States v. Kindley,* 4:17-cr-00267-DPM (E.D.Ark.), *aff'd* 2022 WL 17245115 (8th Cir. 2022), *cert. den.* 143 S.Ct. 2676 (2023). That case involved a contractor providing a state constitutionally required service: transport of inmates between states who had been extradited.  Kindley was indicted in this district for two rapes of handcuffed detainees when they were passing through. Doc. 31. Kindley was also indicted in the District of Arizona and Central District of California. Before trial, the government noticed about 40 alleged victims under F.R.E. 404(b) & 413. Doc. 35.  Judge Marshall pared it down to three besides the victims here, Doc. 81, thereby removing an issue for appeal.

For 2024, a teacher transporting a minor student for sex received 156 months imprisonment May 16, 2024 in *United States v. Hare,* 4:23-CR-00209-LPR.[1] Two notorious state cases are in the

---

[1] Dale Ellis, Former Bryant teacher pleads guilty to having sex with student (Ark. Dem.-Gaz. Jan. 22, 2024) ("A former Bryant High School teacher is facing 13 years in prison after pleading guilty in federal court Monday to allegations that she sexually assaulted one of her students." "Hare was accused of having sex with a 17-year-old male student during the 2021-2022 school year. She was indicted by a federal grand jury in Little Rock on Aug. 1, 2023, on one count each of coercion and transportation of a minor to engage in illegal sexual activity.").

margin.[2]

Bradley's best case scenario with 222 months is release in July 2037, that's 13 more years on top of the 32 months he's already done assuming 85%. He's 37½ years old. He would not be released until over age 50.

Defendant also sought to factor in the 5 points added in ¶ 55 and the 2 points added in ¶ 31 considering their gravity. There's no denying the multiple victims and their ages. In addition, this is 5½ years greater than *Hare*.

Respectfully submitted,

JOHN WESLEY HALL
  Ark. Bar No. 73047
1202 Main St.; Suite 210
Little Rock, Arkansas 72202-5057
(501) 371-9131 / fax (501) 378-0888
e-mail:  ForHall@aol.com
   *Attorney for Defendant*

---

[2] Tracy Neal, Former Siloam Springs choir teacher placed on probation after admitting to having sex with former student (Ark. Dem.-Gaz. Sept. 28, 2023).

Former Gentry teacher admits sexual relationship with student, gets jail time and probation (NWA Dem.-Gaz.) July 13, 2023, 58 days imprisonment, six years probation (occurred in 2010).

Under Arkansas law, sex between a teacher and student is a class A felony, 3-30 years with 1/4th parole eligibility (pre-2025). In counsel's experience, unless it was a forced act, the inmates are usually released at or shortly after parole eligibility.

Source: U.S. Sentencing Commission, sexual abuse offenses, 2020-2023, Eastern District of Arkansas, https://ida.ussc.gov/analytics/saw.dll?Dashboard:



The figure includes the 37 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure. Sentences of probation only are included here as zero months.
FILTER:
Fiscal Year: 2020,2021,2022,2023; Circuit: All; State: All; District: Arkansas, Eastern; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Crime Type: Sexual Abuse; Guideline: All; Drug Type: All; Sentencing Zone: All; Criminal History: All; Career Offender Status: All



Average and Median Sentence Length
Fiscal Year 2020,2021,2022,2023

- Sentence Length (Average Months): 227
- Sentence Length (Median Months): 210



The figure includes the 36 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure.
**FILTER:**
Fiscal Year: 2020,2021,2022,2023; Circuit: All; State: All; District: Arkansas, Eastern; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Crime Type: Sexual Abuse; Guideline: All; Drug Type: All; Sentencing Zone: All; Criminal History: All; Career Offender Status: All

**Average and Median Imprisonment Length**
Fiscal Year 2020,2021,2022,2023

